BARRETT S. LITT, SBN 45527
E-Mail: blitt@kmbllaw.com
RONALD O. KAYE SBN 145051
E-Mail: rok@kmbllaw.com
Kaye, McLane, Bednarski & Litt, LLP
234 Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiffs

[Additional counsel for Plaintiffs listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BANKS AND SHIRLEY LAWRENCE-BANKS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO AND DOES 1-10, ET AL.,<br><br>Defendants | CASE NO: 16-CV-06072-HSG<br><br>STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT AND REMANDING CASE TO STATE COURT |

| | |
|---|---|
| 1 | MICHAEL S. RAPKIN, SBN 67220 |
| 2 | E-Mail: msrapkin@gmail.com<br>SCOTT B. RAPKIN, SBN 261867 |
| 3 | E-Mail: scottrapkin@rapkinesq.com<br>Rapkin & Associates, LLP |
| 4 | 723 Ocean Front Walk |
| 5 | Venice, California 90291<br>Telephone: (310) 319-5465 |
| 6 | Facsimile: (310) 319-5355 |
| 7 | CAROL STRICKMAN, SBN 78341 |
| 8 | E-mail:  carol@prisonerswithchildren.org<br>Legal Services for Prisoners With Children |
| 9 | 1540 Market Street, Suite 490 |
| 10 | San Francisco, CA 94102<br>Telephone:  (415) 255-7036 |
| 11 | Facsimile:  (415) 552-3150 |
| 12 | |
| 13 | Attorneys for Plaintiffs |
| 14 | JOHN C. BEIERS, COUNTY COUNSEL, SBN 144282 |
| 15 | jbeiers@smcgov.org |
| 16 | San Mateo County Counsel<br>400 County Center, 6th Floor |
| 17 | Redwood City, CA 94063<br>Telephone: 650-363-4250 |
| 18 | |
| 19 | ADAM WELLS ELY, DEPUTY COUNTY COUNSEL, SBN 226199 |
| 20 | aely@smcgov.org<br>San Mateo County Counsel |
| 21 | 400 County Center, 6th Floor |
| 22 | Redwood City, CA 94063<br>Telephone: 650-363-1824 |
| 23 | |
| 24 | Attorneys for Defendant County of San Mateo |
| 25 | / / / |
| 26 | |
| 27 | / / // / / |
| 28 | |

WHEREAS, on August 8, 2016, Plaintiffs filed a class action complaint in the San Mateo Superior Court, entitled *Banks, et al. v. County of San Mateo, et al.*, San Mateo Superior Court case no. 16CV00826 (hereinafter the "Banks State Court Action") alleging the following cause of action: 1) 42 U.S.C. § 1983; 2) Violation of California Constitution §§ 13C and D; 3) Violation of California Government Code § 11135; 4) Violation of California Civil Code § 52.1; and 5) Violation of Additional Provisions of the California Constitution;

WHEREAS, on or about October 20, 2016, Defendant County of San Mateo removed the *Banks* State Court Action to federal court pursuant to 28 U.S.C. § 1441(A), currently pending before the Honorable Donna M. Ryu, USDC case no. 16-CV-06072-DMR (the "Removed Action");

WHEREAS, the parties have agreed that Plaintiffs will file a First Amended Complaint in the Removed Action which eliminates all federal claims.  The First Amended Complaint in the Removed Action will allege the following causes of action: 1) Violation of California Constitution §§ 13C and D; 2) Violation of California Government Code § 11135; 3) Violation of California Civil Code § 52.1; and 4) Violation of Additional Provisions of the California Constitution. Plaintiffs' Proposed First Amended Complaint is attached hereto as Exhibit 1.

WHEREAS the parties agree that upon the filing of the First Amended Complaint the Removed Action should be remanded to the San Mateo Superior Court.

IT IS SO STIPULATED.

/ / /
/ / /
/ / /
/ / /
/ / /

1
2  DATED: December 6, 2016          Respectfully Submitted,
3
                                    KAYE, MCLANE, BEDNARSKI & LITT, LLP
4                                                     &
                                    RAPKIN & ASSOCIATES, LLP
5
6                                   By:  / s / Barrett S. Litt
                                         Barrett S. Litt
7                                        Attorneys for Plaintiffs
8
9  DATED: December 6, 2016          Respectfully Submitted,
10
11                                  JOHN C. BEIERS, COUNTY COUNSEL
12                                  By:  / s / Adam W. Ely
                                         Adam W. Ely
13                                       Attorneys for Defendant County of San Mateo
14
15
16
17
18
19
20
21
22
23
24  *Submitted for filing with the consent of all signatories.
25
26
27
28

2

1   GOOD CAUSE APPEARING:

2   The parties' stipulation is hereby GRANTED.

3   Plaintiffs shall file a First Amended Complaint alleging the following causes
4   of action: 1) Violation of California Constitution §§ 13C and D; 2) Violation of
5   California Government Code § 11135; 3) Violation of California Civil Code §
6   52.1; and 4) Violation of Additional Provisions of the California Constitution
7   within three (3) days from the date of this order.

8   Upon filing of the First Amended Complaint the instant action is
9   REMANDED to the Superior Court of California, County of San Mateo. The clerk
10  shall close the file and terminate all pending hearings.

11  IT IS SO ORDERED.

13  Date: 12/6/2016

        *Haywood S. Gilliam Jr.*
14      HON. HAYWOOD S. GILLIAM, JR.

3